[No. 1420-1.    Division One—Panel 1.    May 29, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD EVAN WEIDING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 57950, Frank H. Roberts, Jr., J., entered January 18, 1972. *Affirmed* by unpublished opinion per Swanson, C.J., concurred in by Farris and James, JJ.

[No. 1842-1.    Division One.    May 29, 1973.]

WALSTON & COMPANY, INC., *Respondent*, v. MURYEL E. SULLINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 737435, Warren Chan, J., entered July 19, 1972. *Affirmed* by unpublished per curiam opinion.

[No. 984-2.    Division Two.    May 31, 1973.]

CHARLES HENRY LUNSFORD, *Respondent*, v. FRANCES ANN LUNSFORD, *Petitioner*.

Certiorari to review a judgment of the Superior Court for Grays Harbor County, No. 62043, John H. Kirkwood, Jr., J., entered January 12, 1973. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 821-2.    Division Two.    May 31, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD RAYMOND LYDA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 7432, Edward P. Reed, J., entered June 2, 1972. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Armstrong, JJ.